IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL CASE NO. 5:08cv24

BRIAN AND LISA FLETCHER,   )
                           )
          Plaintiffs,      )
                           )
     vs.                   )
                           )
WELLS FARGO BANK,          )
NATIONAL ASSOCIATION,      )
                           )
          Defendant.       )
_____)

# J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion for Summary Judgment [Doc. 12] is **GRANTED**. Judgment is hereby entered in favor of the Defendant Wells Fargo Bank, National Association, against the Plaintiffs Brian and Lisa Fletcher. This case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Signed: September 1, 2009

Martin Reidinger
United States District Judge